| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 3:99Cr235-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR06-139 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jamal Anderson  New Castle, Delaware 19720  REDACTED | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Eastern District of Virginia - Richmond |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Robert E. Payne | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 30, 2006 — TO June 29, 2010 |

OFFENSE

Conspiracy to Possess With Intent to Distribute Cocaine
Possession With Intent to Distribute Cocaine; Aiding and Abetting

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_December 4, 2006_                                           _Robert E. Payne_
Date                                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                                       _____
Effective Date                                              United States District Judge



FILED
DEC 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE