| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:99Cr235-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR06-139 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jamal Anderson  New Castle, Delaware 19720 | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Eastern District of Virginia Richmond |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Robert E. Payne | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM June 30, 2006 — TO June 29, 2010 |

OFFENSE

Conspiracy to Possess With Intent to Distribute Cocaine
Possession With Intent to Distribute Cocaine; Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_December 4, 2006_
Date

_Robert E. Payne_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_12/21/06_
Effective Date

_Sue L. Robinson_
United States District Judge