# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

| | Telephone: | Area Code 804 |
|---|---|---|
| | Administrative | 916-2200 |
| | Jury-Financial | 916-2212 |
| | Criminal | 916-2230 |
| | Civil | 916-2220 |

**FERNANDO GALINDO**
**ACTING CLERK OF COURT**

**January 24, 2007**

**Clerk's Office**
**U.S. District Court**
**Attention: Criminal Section**
**844 King Street    Lock Box 18**
**Wilmington, Delaware 19801**



Re:    **Our Criminal Action Number: 3:99CR235-01**
    **Your Criminal Action Number: CR 06-139** *SLR*
    *United States vs. Jamal Anderson*

**Dear Criminal Section:**

Thank you for returning <u>our</u> original copy of the completed PROB 22 Transfer of Jurisdiction form. The form has been docketed and filed.

To effectuate the transfer, we have enclosed certified copies of the PROB 22 form, Indictment, Judgment In A Criminal Case, and Docket Report from our case file. Enclosed also is the Case Inquiry Report for your Financial Deputy.

Please return the enclosed copy of this letter to our Richmond office acknowledging receipt of the certified copies enclosed.

Please let us know if we can provide your office with any additional certified copies from our case file. Thank you.

Sincerely,
**FERNANDO GALINDO, ACTING CLERK**

cc:    **USPO Richmond**
    **case file**

By: **Robert L. Walker, Deputy Clerk**

---

*Divisional Offices:*    •    *Alexandria*    •    *Newport News*    •    *Norfolk*    •    *Richmond*    •

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Riehmond, Virginia 23219

| | Telephone: | Area Code 804 |
|---|---|---|
| | Administrative | 916-2200 |
| | Jury-Finaneial | 916-2212 |
| | Criminal | 916-2230 |
| | Civil | 916-2220 |

**FERNANDO GALINDO**
**ACTING CLERK OF COURT**



**January 24, 2007**

**Clerk's Office**
**U.S. District Court**
**Attention: Criminal Section**
**844 King Street    Lock Box 18**
**Wilmington, Delaware 19801**

Re:     Our Criminal Action Number: 3:99CR235-01
        Your Criminal Action Number: CR 06-139 *SLR*
        *United States vs. Jamal Anderson*

Dear Criminal Section:

Thank you for returning <u>our</u> original copy of the completed PROB 22 Transfer of Jurisdiction form. The form has been docketed and filed.

To effectuate the transfer, we have enclosed certified copies of the PROB 22 form, Indictment, Judgment In A Criminal Case, and Docket Report from our case file. Enclosed also is the Case Inquiry Report for your Financial Deputy.

Please return the enclosed copy of this letter to our Richmond office acknowledging receipt of the certified copies enclosed.

Please let us know if we can provide your office with any additional certified copies from our case file. Thank you.

                        Sincerely,
                        FERNANDO GALINDO, ACTING CLERK

cc:    USPO Richmond          By: Robert L. Walker, Deputy Clerk
       case file

---

*Divisional Offices:*  •  *Alexandria*  •  *Newport News*  •  *Norfolk*  •  *Richmond*  •

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>3:99Cr235-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>CR06-139 SLR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Jamal Anderson<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>New Castle, Delaware ▮▮▮▮▮ | DISTRICT<br><br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br><br>Eastern District of Virginia - Richmond |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Robert E. Payne | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>June 30, 2006 / TO<br>June 29, 2010 |

| OFFENSE |
|---|
| Conspiracy to Possess With Intent to Distribute Cocaine<br>Possession With Intent to Distribute Cocaine; Aiding and Abetting |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| *December 4, 2006*<br>Date | *Robt E. Payne*<br>*United States District Judge* |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF DELAWARE</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| *12/21/06*<br>*Effective Date* | *United States District Judge* |
|---|---|

**FILED**

JAN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY ▮▮▮▮▮▮▮▮▮▮▮▮▮
    DEPUTY CLERK

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division



UNITED STATES OF AMERICA

v.                                        Case Number 3:99CR00235-001

**JAMAL ANDERSON**                        O6cr 139 SLR

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant, JAMAL ANDERSON, was represented by Esther J. Windmueller, Esquire.

The defendant entered a plea of guilty to count 1 and 2 of the Indictment. Accordingly, the defendant is adjudged guilty of the following count(s), involving the indicated offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Conspiracy to Possess With Intent to Distribute Cocaine | 07/20/99 | ONE |
| 21:841(a)(1) & 18:2 | Possession With Intent to Distribute Cocaine; Aiding and Abetting | 07/13/99 | TWO |

As pronounced on December 20, 1999, the defendant is sentenced as provided in pages 2-6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this 20th day of December, 1999.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
       DEPUTY CLERK

_____
Robert E. Payne
United States District Judge

Defendant's SSN: ▓▓▓▓2456   USM#: 35676-083
Defendant's Date of Birth: ▓▓▓▓73
Defendant's mailing address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ New Castle, DE ▓▓▓
Defendant's residence address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ New Castle, DE ▓▓▓

**FILED**

**JAN 2 6 2007**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 245°S (Rev. 2/99)(EDVA rev.1) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: JAMAL ANDERSON
Case Number: 3:99CR00235-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of NINETY-SIX (96) MONTHS on each of Counts One and Two of the Indictment and said terms of imprisonment shall be served CONCURRENTLY each with the other.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to_____ at_____
_____ , with a certified copy of this Judgment.

c: P.O. (2) (3)
   Mshl. (4) (2)
   U.S.Atty.                                          United States Marshal
   U.S.Coll.
   Dft. Cnsl.                      By
   PTS                                                Deputy Marshal
   Financial
   Registrar
   ob

AO 245 S (Rev. 2/99)(EDVA rev.1) Sheet 3 - Supervised Release

Judgment--Page 3 of 6

Defendant: JAMAL ANDERSON
Case Number: 3:99CR00235-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of FOUR (4) YEARS on each of Counts One and Two of the Indictment and said terms of imprisonment shall be served CONCURRENTLY each with the other.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm or destructive device.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## STANDARD CONDITIONS OF SUPERVISED RELEASE

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below):
1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within 72 hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245-S (Rev. 3/99)(EDVA rev.) Sheet ɔ (cont'd) - Supervised Release

Judgment--Page 4 of 6

Defendant: JAMAL ANDERSON
Case Number: 3:99CR00235-001

## SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional conditions:

1) The defendant shall not incur any new credit card charges or open any additional lines of credit without the approval of his Probation Officer.
2) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 5 days of release on supervised release and at least two periodic drug tests thereafter, as directed by his Probation Officer.
3) The defendant shall participate in a program approved by his Probation Office for substance abuse, which program may include residential treatment and testing to determine whether he has reverted to the use of drugs or alcohol. The defendant shall be responsible for ONE HUNDRED PERCENT (100%) of the cost of said program, treatment and testing, as directed by his Probation Officer.
4) The defendant shall participate in a mental health program, specifically designed to address anger management, as directed by his Probation Officer.
5) The defendant shall provide his Probation Officer with access to any requested financial information.
6) The defendant shall pay a total special assessment in the amount of TWO HUNDRED AND NO/100 DOLLARS ($200.00) IMMEDIATELY. The defendant shall pay the total special assessment during his term of incarceration. As an additional special condition of supervised release, the defendant shall pay any unpaid special assessment balance during his term of supervised release, as directed by his Probation Officer.

AO 245'S (Rev. 3/99)(EDVA rev.) Sheet 5 - Financial Penalties

Judgment--Page 5 of 6

Defendant:  JAMAL ANDERSON
Case Number:  3:99CR00235-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total monetary penalties in accordance with the schedule of payments set out below.

| Count | Special Assessment | Fine |
|-------|-------------------|------|
| ONE | $100.00 | |
| TWO | $100.00 | |
| **Total** | **$200.00** | |

### FINE

No fines have been imposed in this case.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:  (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The special assessment is due in full immediately.  If not paid immediately, the court authorizes the deduction of appropriate sums from the defendant's account while in confinement in accordance with the applicable rules and regulations of the Bureau of Prisons.

Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

If this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 6 - Restitution and Forfeiture

Judgment--Page 6 of 6

Defendant: JAMAL ANDERSON
Case Number:  3:99CR00235-001

## RESTITUTION AND FORFEITURE

### RESTITUTION

Restitution has not been ordered in this case.

### FORFEITURE

Forfeiture has not been ordered in this case.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
IN OPEN COURT

JUL 20 1999

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA )
)
v. )   Criminal No. 3:99CR235
)                      06cr139 SLR
JAMAL ANDERSON )   21 USC § 846
 aka Brenton Robinson )   Conspiracy to Possess w/Intent to
(Counts 1 and 2) )   Distribute Cocaine
ARNITA RAMSEY )   (Count 1)
(Counts 1 and 2) )
)   21 USC § 841(a)(1) & 18 USC § 2
)   Possess w/Intent to Distribute Cocaine
)   (Count 2)

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

JULY **1999** TERM - At Richmond

THE GRAND JURY CHARGES that prior to July 12, 1999, the exact date

unknown, and continuing thereafter up to and including the date of this indictment, in

the City of Richmond, in the Eastern District of Virginia, and elsewhere within the

jurisdiction of this court, the defendants, JAMAL ANDERSON, aka Brenton Robinson,

and ARNITA RAMSEY, along with others whose names are unknown to the Grand

Jury, did knowingly, intentionally, and unlawfully combine, conspire, confederate and

agree together and with each other to commit an offense against the United States, that

is, to possess with the intent to distribute and to distribute in excess of 500 grams of a

mixture and substance described in Title 21, United States Code, Section

FILED

JAN 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

12

*JBL*

§41(b)(1)(b)(ii), which contains a detectable amount of cocaine, in violation of Title 21,

United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846.)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES that on or about July 13, 1999, at

Richmond, Virginia, in the Eastern District of Virginia, and elsewhere within the

jurisdiction of this court, JAMAL ANDERSON, aka Brenton Robinson, and ARNITA

RAMSEY did knowingly, intentionally, and unlawfully possess, and did aid and abet in

the possession, with the intent to distribute in excess of 500 grams of a mixture and

substance described in Title 21, United States Code, Section 841(b)(1)(b)(ii),

containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2).

A TRUE BILL:

FOREPERSON

HELEN F. FAHEY
UNITED STATES ATTORNEY

By:

N. George Metcalf
Assistant United States Attorney

2



**U.S. District Court**
**Eastern District of Virginia (Richmond)**
**CRIMINAL DOCKET FOR CASE #: 3:99-cr-00235-REP-1**

Case title: USA v. Ramsey
Magistrate judge case number: 3:99-mj-00244

Date Filed: 07/20/1999
Date Terminated: 12/20/1999

Assigned to: District Judge Robert E.
Payne

06cr139 SLR

### Defendant

**Jamal Anderson** (1)
*TERMINATED: 12/20/1999*
*also known as*
Brenton Robinson (1)

represented by **Esther J. Windmueller**
P. O. Box 7416
Richmond, VA 23221
(804) 358-2321
*TERMINATED: 12/20/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY DEPUTY CLERK

**Stephen Neil Stout**
Flax, Embrey & Stout
8 S Sheppard St
Richmond, VA 23221
(804) 355-8425
*TERMINATED: 08/12/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846: CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE IN
EXCESS OF 500 GRAMS OF
COCAINE [21:846=ND.F]
(1)

21:841(a)(1) & 18:2: POSSESS WITH
INTENT TO DISTRIBUTE IN
EXCESS OF 500 GRAMS OF
COCAINE; AIDING AND

### Disposition

IMPRISONMENT FOR 96 MONTHS
CONCURRENTLY WITH ALL
OTHER COUNTS; SUPERVISED
RELEASE WITH SPECIAL
CONDITIONS FOR 4 YEARS
CONCURRENTLY WITH ALL
OTHER COUNTS AND $100.00
SPECIAL ASSESSMENT

IMPRISONMENT FOR 96 MONTHS
CONCURRENTLY WITH ALL
OTHER COUNTS; SUPERVISED
RELEASE WITH SPECIAL
CONDITIONS FOR 4 YEARS

ABETTING [21:841A=ND.F]
(2)

CONCURRENTLY WITH ALL
OTHER COUNTS AND $100.00
SPECIAL ASSESSMENT

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**
*TERMINATED: 07/20/1999*

represented by **N. George Metcalf**
United States Attorney's Office
600 E Main St
18th Fl
Richmond, VA 23219
(804) 819-5400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/1999 | 1 | COMPLAINT as to Arnita Ramsey, Brenton Robinson [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/14/1999 | | ARREST of Arnita Ramsey, Brenton Robinson [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/14/1999 | 2 | Minute entry as to Arnita Ramsey, Brenton Robinson : before Magistrate Judge David G. Lowe ( Tape #152) USA appeared through: N. George Metcalf, AUSA. Dft(s) appeared through: Defts. w/o counsel. Court Hours: :05 Matter came on for initial appearance. Defts. advised of charges/penalties and rights. Defts. requested C/A counsel, executed affidavit, GRANTED. Govt's motion to detain defts. pending a detention hearing, GRANTED. Matter continued to 7/16/99 at 1:30 p.m. for detention/preliminary hearing. Defts remanded to custody. [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/14/1999 | | Initial appearance as to Arnita Ramsey, Brenton Robinson held ;Preliminary Examination set for 1:30 7/16/99 for Arnita Ramsey, |

| | | |
|---|---|---|
| | | for Brenton Robinson ; Detention Hearing set for 1:30 7/16/99 for Arnita Ramsey, for Brenton Robinson before Magistrate Judge David G. Lowe () (Defendant informed of rights.) [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/14/1999 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Brenton Robinson [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/14/1999 | 6 | ORDER OF TEMPORARY DETENTION as to Brenton Robinson ( Signed by Magistrate Judge David G. Lowe ) [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/15/1999 | 8 | CJA 20 as to Brenton Robinson Appointment of Attorney Stephen Neil Stout Voucher # 755492 () [ 3:99-m -244 ] (lcha) (Entered: 07/15/1999) |
| 07/16/1999 | 9 | Minute entry as to Arnita Ramsey, Brenton Robinson : before Magistrate Judge David G. Lowe ( Tape #154) USA appeared through: N. George Metcalf, AUSA. Dft(s) appeared through: Steven Goodwin, Esquire and S. Neil Stout, Esquire. Court Hours: :15 Matter came on for detention/preliminary hearing. Govt. adduced evidence, rested. Defts. adduced no evidence. Findings stated from the bench. Court found probable cause to believe defts. committed offense alleged in Complaint. Defts. held w/o bond. Defts. remanded to custody. [ 3:99-m -244 ] (lcha) (Entered: 07/19/1999) |
| 07/16/1999 | | Detention hearing as to Arnita Ramsey, Brenton Robinson held before Magistrate Judge David G. Lowe () [ 3:99-m -244 ] (lcha) (Entered: 07/19/1999) |
| 07/16/1999 | | Preliminary Examination as to Arnita Ramsey, Brenton Robinson held before Magistrate Judge David G. Lowe () [ 3:99-m -244 ] (lcha) (Entered: 07/19/1999) |
| 07/16/1999 | 11 | ORDER OF DETENTION as to Brenton Robinson ( Signed by Magistrate Judge David G. Lowe ) [ 3:99-m -244 ] (lcha) (Entered: 07/19/1999) |
| 07/20/1999 | 12 | INDICTMENT as to Jamal Anderson (1) count(s) 1, 2, Arnita Ramsey (2) count(s) 1, 2 (walk) (Entered: 07/21/1999) |
| 07/20/1999 | | Magistrate Cases Merged as to defendant Jamal Anderson & defendant Arnita Ramsey (walk) (Entered: 07/23/1999) |
| 07/22/1999 | | Arraignment as to Jamal Anderson & Arnita Ramsey set for 8:30 a.m. on 7/29/99. Counsel for Defts agreed on the date and time for the arraignment. (walk) (Entered: 07/22/1999) |
| 07/23/1999 | | Arraignment as to Jamal Anderson & Arnita Ramsey re-set for 8:30 a.m. on 8/3/99. Counsel agreed to the date and time by telephone. (walk) (Entered: 07/23/1999) |
| 08/03/1999 | 13 | Minute entry as to Jamal Anderson, Arnita Ramsey : before Judge Robert E. Payne ( Diane Daffron, OCR) USA appeared through: N. George Metcalf, AUSA Dft(s) appeared through: S. Neil Stout, Esq. & Steven D. |

| | | |
|---|---|---|
| | | Benjamin. Court Hours: 10 mins. Defendants' WFA & entered pleas of not guilty to the charges in the indictment. Jury trial demanded. Defendants' remanded pending Jury Trial set at 9:30 a.m. on October 05, 1999. (snea) (Entered: 08/03/1999) |
| 08/03/1999 | | Arraignment as to Jamal Anderson, Arnita Ramsey held Jury Trial set for 9:30 10/5/99 for Jamal Anderson, for Arnita Ramsey ; before Judge Robert E. Payne ( ) USA appeared through: Dft(s) appeared through: Court Hours: (snea) (Entered: 08/03/1999) |
| 08/12/1999 | 14 | MOTION by Jamal Anderson to Substitute Attorney Esther J. Windmueller, Esquire in place of Neil Stout, Esquire with sketch Order attached (walk) Modified on 08/12/1999 (Entered: 08/12/1999) |
| 08/12/1999 | 15 | MOTION with Memorandum in Support by Jamal Anderson for Discovery & Inspection (walk) (Entered: 08/12/1999) |
| 08/12/1999 | 16 | ORDER as to Jamal Anderson GRANTING [14-1] motion by Jamal Anderson to Substitute Attorney Esther J. Windmueller, Esquire in place of Neil Stout, Esquire. Terminated attorney Stephen Neil Stout for Jamal Anderson. Added Esther J. Windmueller as to Jamal Anderson (1) ( Signed by Judge Robert E. Payne ) Copies Mailed: yes (walk) (Entered: 08/12/1999) |
| 08/19/1999 | 17 | RESPONSE by USA as to Jamal Anderson In Opposition to [15-1] motion by Jamal Anderson for Discovery & Inspection (walk) (Entered: 08/19/1999) |
| 08/19/1999 | 18 | REQUEST by USA as to Jamal Anderson for Reciprocal Discovery (walk) (Entered: 08/19/1999) |
| 10/01/1999 | | Plea Agreement Hearing as to Jamal Anderson, Arnita Ramsey set for 9:30 10/4/99 for Jamal Anderson, for Arnita Ramsey (snea) (Entered: 10/01/1999) |
| 10/04/1999 | 19 | PLEA AGREEMENT HEARING: Payne, Judge. Diane Daffron, OCR. Appearances: Deft Anderson with counsel; AUSA. Co-Deft present with counsel. Modified Statement of Facts filed. Deft sworn and formally arraigned. Deft withdrew pleas of Not-Guilty to Cts. 1 & 2 and entered pleas of Guilty to same. Modified Statement of Facts adduced as evidence. Judgment of the Court: Deft Guilty as charged in Cts. 1 & 2 of the Indictment. Pre-Sentence Investigation Report ordered. Sentencing Guideline Order executed, entered and filed. Deft remanded. Case continued to 12/20/99 at 9:15 a.m. for sentencing proceedings. (:26) (walk) (Entered: 10/04/1999) |
| 10/04/1999 | | Plea Agreement Hearing as to Jamal Anderson held before Judge Robert E. Payne ( Diane Daffron, OCR) USA appeared through: N. George Metcalf, AUSA Dft(s) appeared through: Esther J. Windmueller, Esquire (walk) (Entered: 10/04/1999) |
| 10/04/1999 | 20 | ("Modified") STATEMENT OF FACTS as to Jamal Anderson (walk) (Entered: 10/04/1999) |
| | | |

| | | |
|---|---|---|
| 10/04/1999 | | PLEA entered by Jamal Anderson . Court accepts plea. by Jamal Anderson Guilty: Jamal Anderson (1) count(s) 1, 2 Terminated motion:mooting [15-1] motion by Jamal Anderson for Discovery & Inspection as to Jamal Anderson (1) (walk) (Entered: 10/04/1999) |
| 10/04/1999 | 21 | ORDER for Sentencing Guidelines as to Jamal Anderson ( Signed by Judge Robert E. Payne ) (walk) (Entered: 10/04/1999) |
| 10/04/1999 | | Sentencing set for 9:15 a.m. on 12/20/99 for Jamal Anderson (1) count(s) 1, 2 (walk) (Entered: 10/04/1999) |
| 11/10/1999 | 27 | POSITION with Respect to Sentencing Factors by USA as to Jamal Anderson (clerk) (Entered: 11/15/1999) |
| 12/06/1999 | 28 | MOTION by Jamal Anderson for downward departure (sbar) (Entered: 12/07/1999) |
| 12/06/1999 | 29 | POSITION with Respect to Sentencing Factors by Jamal Anderson (sbar) (Entered: 12/07/1999) |
| 12/10/1999 | 30 | POSITION with Respect to Sentencing Factors by USA as to Jamal Anderson (sbar) (Entered: 12/13/1999) |
| 12/20/1999 | 31 | GUIDELINES SENTENCING PROCEEDINGS: Payne, Judge. Diane Daffron, OCR. Appearances: Deft Anderson with counsel; AUSA. Co-Deft present with counsel. All objections to the Pre-Sentence Investigation Report resolved except Deft's objection that he did not receive a monor role adjustment; arguments Deft's objection; overruled. The Court directed that Pre-Sentence Investigation Report is accepted and filed under seal as amended. The Court directed the USPO to file a revised Pre-Sentence Investigation Report. Allocutions on sentencing by Counsel for Deft heard. Sentence Imposed: Imprisonment for 96 months on Cts. 1 & 2 of the Indictment concurrently each with the other. Supervised Release with special conditions for 4 years concurrently each with the other. $100.00 special assessment on each count due immediately. Deft advised of right of appeal. Deft remanded. (:20) (walk) Modified on 12/23/1999 (Entered: 12/23/1999) |
| 12/20/1999 | | Sentencing held before Judge Robert E. Payne ( Diane Daffron, OCR) USA appeared through: N. George Metcalf, AUSA Deft Anderson appeared with: Esther J. Windmueller, Esquire Jamal Anderson (1) count(s) 1, 2 (walk) Modified on 12/23/1999 (Entered: 12/23/1999) |
| 12/20/1999 | 32 | JUDGMENT Jamal Anderson (1) count(s) 1, 2 . IMPRISONMENT FOR 96 MONTHS CONCURRENTLY WITH ALL OTHER COUNTS; SUPERVISED RELEASE WITH SPECIAL CONDITIONS FOR 4 YEARS CONCURRENTLY WITH ALL OTHER COUNTS AND $100.00 SPECIAL ASSESSMENT ( Signed by Judge Robert E. Payne ) Copies Mailed: YES (walk) (Entered: 12/23/1999) |
| 03/03/2000 | 35 | Judgment Returned Executed as to Jamal Anderson on 02/07/2000 (walk) (Entered: 03/03/2000) |
| 01/17/2007 | | Case file retrieved from Federal Records Center(lbre, ) (Entered: |

| | | 01/17/2007) |
|---|---|---|
| 01/24/2007 | ◉49 | Probation Jurisdiction Transferred to the District of Delaware at Wilmington as to Jamal Anderson. Transmitted letter, certified copies of PROB 22 Transfer of Jurisdiction form, Indictment, Judgment In A Criminal Case and the Docket Report. Also sent Case Inquiry Report for Financial. (walk, ) (Entered: 01/24/2007) |